LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
(415) 981-7210

DOUGLAS S. SAELTZER (State Bar #173088)
SARA M. PETERS (State Bar #260610)
**ATTORNEYS FOR PLAINTIFFS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALIE BORREANI; CHARLES BORREANI, a minor, by and through his Guardian ad Litem Paula Katayanagi; JOSEPH BORREANI, a minor, by and through his Guardian ad Litem Paula Katayanagi,<br><br>Plaintiffs,<br><br>v.<br><br>KAISER FOUNDATION HOSPITALS; KAISER FOUNDATION HEALTH PLAN, INC.; PERMANENTE MEDICAL GROUP, INC.; and DOES ONE through FIFTY, inclusive.<br><br>Defendants. | Case No. 3:12-CV-00925 RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS** |

By way of this stipulation, the parties respectfully request that the hearing on the Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) filed by defendants, and currently calendared for May 17, 2012, be continued to May 24, 2012 at 1:30 p.m., with plaintiffs' opposition due on May 3, 2012 and defendants' reply due on May 10, 2012.

| | | |
|---|---|---|
| 1 | Dated: April 16, 2012 | WALKUP, MELODIA, KELLY & SCHOENBERGER |
| 2 | | *[signature]* |
| 3 | | DOUGLAS S. SAELTZER |
| 4 | | SARA M. PETERS<br>Attorneys for Plaintiffs |
| 5 | Dated: 4-17-12 | COOPER & SCULLY, P.C. |
| 6 | | *[signature]* |
| 7 | | |
| 8 | | DEREK DAVIS<br>CAROL A. TREASURE<br>Attorneys for Defendants |

## ORDER

Having considered the stipulation and request of the parties, the Court hereby continues the hearing on the Motion to Dismiss Pursuant to Fed. R. Civ. P. 12b(6) from May 17, 2012 to May 24, 2012. Plaintiffs' opposition is now due on May 3, 2012. Defendants' Reply is now due on May 10, 2012.

IT IS SO ORDERED.

Dated: 4/18/12

*[signature]*

HONORABLE RICHARD SEEBORG
United States Judge

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS -
CASE NO. 3:12-CV-00925 RS