LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
(415) 981-7210

DOUGLAS S. SAELTZER (State Bar #173088)
SARA M. PETERS (State Bar #260610)
**ATTORNEYS FOR PLAINTIFFS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALIE BORREANI; CHARLES BORREANI, a minor, by and through his Guardian ad Litem Paula Katayanagi; JOSEPH BORREANI, a minor, by and through his Guardian ad Litem Paula Katayanagi,<br><br>Plaintiffs,<br><br>v.<br><br>KAISER FOUNDATION HOSPITALS; KAISER FOUNDATION HEALTH PLAN, INC.; PERMANENTE MEDICAL GROUP, INC.; and DOES ONE through FIFTY, inclusive.<br><br>Defendants. | Case No. 3:12-CV-00925 RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE OPPOSITION AND REPLY DATES RE HEARING ON DEFENDANTS' MOTION TO DISMISS** |

Given the Court's continuance of the hearing date on defendant's Federal Rule of Civil Procedure 12(b)(6) Motion to Dismiss to May 31, 2012, the parties respectfully stipulate and request that the filing deadline for the Opposition be continued to May 10, 2012 and the filing deadline for the Reply be continued to May 17, 2012.

///

///

///

///

| | |
|---|---|
| Dated: April 24, 2012 | WALKUP, MELODIA, KELLY & SCHOENBERGER |
| | /s/ |
| | DOUGLAS S. SAELTZER |
| | SARA M. PETERS |
| | Attorneys for Plaintiffs |
| Dated: April 24, 2012 | COOPER & SCULLY, P.C. |
| | /s/ |
| | DEREK DAVIS |
| | CAROL A. TREASURE |
| | Attorneys for Defendants |

### ORDER

Having considered the stipulation and request of the parties, the Court hereby continues the plaintiff's filing deadline for the Opposition to May 10, 2012 and the defendant's filing deadline for the Reply to May 17, 2012.

IT IS SO ORDERED.

Dated: 4/25/12

/s/
HONORABLE RICHARD SEEBORG
United States Judge

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2
STIPULATION AND [PROPOSED] ORDER TO CONTINUE OPPOSITION AND REPLY DATES RE HEARING ON DEFENDANTS' MOTION TO DISMISS - CASE NO. 3:12-CV-00925 RS