IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATALIE BORREANI, et al., | No. C 12-00925 RS |
| Plaintiffs,<br>v. | **ORDER REMANDING ACTION TO ALAMEDA SUPERIOR COURT** |
| KAISER FOUNDATION HOSPITALS, et al., | |
| Defendants. | |

Due to a lack of subject matter jurisdiction, the Court previously remanded this action to Napa Superior Court. That order of remand is vacated and the matter is hereby remanded to California Superior Court for the County of Alameda.

IT IS SO ORDERED.

Dated: 6/25/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE